## Cecil D. ADDISON, Plaintiff— Appellant,

### v.

## VOLVO TRUCKS OF NORTH AMERICA, INCORPORATED, a/k/a Volvo Group; Ivan Mitchell; John Pennington; David Lilly, Defendants—Appellees.

### No. 10–1186.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 24, 2010.

Cecil D. Addison, Appellant Pro Se. Michael Wilson Stoker, Eric Anthony Welter, Welter Law Firm, PC, Herndon, Virginia, for Appellees.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cecil D. Addison appeals the district court's order dismissing his Title VII complaint for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Addison v. Volvo Trucks of N. Am., Inc.,* No. 7:09–cv–00088–sgw–mfu (W.D.Va. Feb. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*